(Reap. Dec. 9412)

MORRIS FRIEDMAN *v.* UNITED STATES

Entry No. 11015.

(Decided May 1, 1959)

*Sharretts, Paley & Carter* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain plywood exported from Finland and entered at the port of Philadelphia, Pa.

Stipulated facts, upon which the case is before me, establish that the proper basis for appraisement of the merchandise is foreign value, as defined in section 402(c) of the Tariff Act of 1930, as amended, and that such statutory value therefor is the appraised value, less 4 per centum, and I so hold. Judgment will be rendered accordingly.